LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12363
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*TWO TURNBERRY PLACE*
*CONDOMINIUM ASSOCIATION*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAVIER F. VALENZUELA, | CASE NO.: 2:14-cv-01578-APG-GWF |
| Plaintiff, | |
| vs. | |
| TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION, a Nevada Non-Profit Corporation | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, JAVIER F. VALENZUELA and Defendant TWO TURNBERRY PLACE CONDOMINIUM ASSOCIATION, by and through their respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

Dated: January 28, 2015.

LAW OFFICES OF MICHAEL P. BALABAN

By: /s/ M.P.B.
MICHAEL P. BALABAN, ESQ.
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, Nevada 89141

*Attorneys for Plaintiff,*
*Javier Valenzuela*

Dated: January 28, 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN

By: /s/ Shannon Nordstrom
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant,*
*Two Turnberry Place Condominium Association*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

JAVIER VALENZUELA vs. TWO TURNBERRY CONDOMINIUM ASSOCIATION
CASE NO.: 2:14-cv-01578-APG-GWF

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 30, 2015.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By_____
JOSEPH P. GARIN, ESQ. (Bar No. 6653)
SHANNON D. NORDSTROM, ESQ. (Bar No. 8211)
JESSICA A. GREEN, ESQ. (Bar No. 12383)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

Attorneys for Defendant,
Two Turnberry Place Condominium Association

- 3 -